NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**U.S. RING BINDER, L.P.,**

*Plaintiff-Appellant,*

**v.**

**STAPLES THE OFFICE SUPERSTORE, LLC,
WORLD WIDE STATIONERY MANUFACTURING
CO., LTD.,
CHARLES LEONARD NATIONAL, INC.,
and CHARLES LEONARD WESTERN, INC.,**

*Defendants-Appellees.*

---

2010-1284, -1425

---

Appeals from the United States District Court for the Eastern District of Missouri in case no. 08-CV-0583, Magistrate Judge Thomas C. Mummert, III.

---

**JUDGMENT**

---

DAVID L. APPLEGATE, William Montgomery & John Ltd., of Chicago, Illinois, argued for plaintiff-appellant.

KEITH A. RABENBERG, Senniger Powers, LLP, of St. Louis, Missouri, argued for defendants-appellees. With him on the brief was RICHARD L. BROPHY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, SCHALL, and BRYSON, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

Dcember 10, 2010       /s/ Jan Horbaly
Date       Jan Horbaly
Clerk